# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KEVIN ALLARD; (See Attached)

**DEFENDANTS**
BONNEVILLE POWER ADMINISTRATION, (SEE ATTACHED)

**(b)** County of Residence of First Listed Plaintiff: **Lane**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Multnomah**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gerald Singleton, OSB No. 210955, Susan B. Dussault, OSB No. 021125
Stephen J. Hill, OSB No. 240164; SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025, San Diego, CA 92108, Tel. (619) 771-3473

Attorneys *(If Known)*
Natalie K. Wight, United States Attorney
1000 SW 3d Ave., Suite 600, Portland, OR 97204

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| | | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [X] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | / [ ] 550 Civil Rights | | | |
| | [ ] 448 Education / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 2674

Brief description of cause:
Negligence, negligence per se, trespass and nuisance claims for damages resulting from wildfire.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $500,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Mustafa Kasubhai
DOCKET NUMBER: 6:24-cv-00089-MK

DATE: Jan 30, 2024

SIGNATURE OF ATTORNEY OF RECORD: /s/ Susan B. Dussault

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# ADDENDUM TO CIVIL COVER SHEET

## *Kevin Allard, et al. v. Bonneville Power Administration, et al.*

**PLAINTIFFS CONTINUED:**

VICKI ALLARD; KEVIN ALLARD, as trustee of the Allard Family Trust Dated May 8, 2013; VICKI ALLARD, as trustee of the Allard Family Trust Dated May 8, 2013; JODY ANDERSON; GIAMO ANZALONE; AUDREY LISA AUTRY; GEORGE NEWTON AUTRY; JACQUELINE MARIE BAINES; ADAM BARRETT; FRANCES J. BARRETT; LISA BRUSH; FREDDY BARRIOS; DANIEL LEE BENNETT; BILLICK LOGGING INC., an Oregon corporation; GARY L BILLICK; JULIE BIRKHOLZ; KURT SCHRUM; LISA BLUMHAGEN; GEOFFREY BLUMHAGEN; CHARLES BOECHLER; ROBERT BOEHM; SHARON L. BOEHM; ROBERT BOEHM, as trustee of the BOEHM FAMILY TRUST; SHARON L. BOEHM, as trustee of the BOEHM FAMILY TRUST; KIRK BOLTON; YEVONNA LOKEY; CORTNEY BOONE; SETH BRADFORD; CEST'LA MORITZ; MUSHROOMS NORTHWEST LLC, an Oregon limited liability company; DANIEL BREDEN; DANIEL ERNEST BRENNER; INNOVA/RENOVA, INC., an Oregon corporation; MARY PATRICIA LIPP; JIMMY ALLEN BROCK; MELINDA JEAN BROCK; MELINDA JEAN BROCK, d/b/a PIXELS and PINE; FRANK BROWNING; CHARLES CLIFTON BUCHANAN, JR.; CHARLES CLIFTON BUCHANAN, JR., as Trustee of the BUCHANAN FAMILY TRUST; JAMES MICAJUH GNEHM BUCHANAN; SARAH MICAELA BUCHANAN; SUZANNA MYKELLE MACLOUD BUCHANAN; DELLA LORRAINE CANTRELL-MYERS; BRIAN CASSIDY; CASSANDRA CHAFIN; CASSANDRA CHAFIN d/b/a MCKENZIE RIVER SHUTTLE SERVICE; PARIS CHAFIN; RICHARD CAMPBELL; SAXON CAMPBELL; JEFFERY LYNN CHAPEK; LINDA KATHRYN CHAPEK; LINDA CHMIEL; SHANDI CHRISTIANSON; CHAUNCEY CHRISTIANSON; CAISON ECHOLS; CODY COOPER; JACK COOPER; SHERI COOPER; KATHERINE CORBAN; THOMAS MALCOLM GILBERT; NICOLE CRUMP; JAMES ALLAN CURTIS; MOIRA RUTH CURTIS; STEWART GAVIN CURTIS; MADE BY MINDY SOUP, LLC, an Oregon limited liability company; SANDRA CUTLER; GARY CUTLER;  SANDRA CUTLER, as trustee of the HAROLD E. DEVINE TRUST; GARY CUTLER, as trustee of the PARKER FAMILY TRUST;  NORMAN DAWDY; JENNIFER ROSINI; HUBERTUS BERT De KLERK; CEDRIC J.C. De KLERK; CORNELIA DE KLERK; ISABELLE C.J. DE KLERK; ANNIE MARGARITA; KARL ANTHONY STEPHANY; MICHELLE SUZANNE STEPHANY; HUBERTUS BERT De KLERK , as trustee of the BERT DE KLERK REVOCABLE LIVING TRUST; ANNIE MARGARITA d/b/a ANNIE MARGARITA STUDIO; BERT'S GUIDE SERVICE LLC, an Oregon limited liability company; MCKENZIE RIVER

INN EXCLUSIVE LLC, an Oregon limited liability company; PATRICK JOHN DIBALA; NANCY GLORIA WOOD; MARK JASON WOOD; PATRICK JOHN DIBALA, as trustee of the DIBALA WOOD TRUST; NANCY GLORIA WOOD, as trustee of the DIBALA WOOD TRUST; CHRISTMAS TREASURES INC., an Oregon corporation; MARK DICKERSON; GARY DYE; CASSIE PENDERGAST; MICHAEL ENGLISH; JUSTIN SMITH; LEVEL 7 DRYWALL, LLC, an Oregon limited liability company; KIMBERLY DIANE ERICKSON; TRAVIS EVELAND; ANDREA MULLINS; TOMMY FERGASON; AUSTIN FOLNAGY; ALEXIS MAY BECKER; LEXTACY, LLC, an Oregon limited liability company; MAGYAR PROPERTY MANAGEMENT & INVESTMENT LLC, an Oregon limited liability company; CALVIN MOTT; SHERRI FRANCE; MARK DEWANE FREDERICK; VIVIAN CIVISH FREDERICK; DANIEL GARR; JAMIE GARR; BILLY GARR; DYLAN GARR; HAILEE SMITH; ILA GARR; ERIK GIFFEN; ELISHA GOODRICK; JAMES RETHAFORD; TANIA LEE GUTIERREZ; JOHN GUTIERREZ; LEILA MAY GUTIERREZ; RICHARD STEVEN HARMS; MARCIA IRENE SHEARER; MELINDA CHRISTINE HAVERTY, individually and d/b/a ELK CREEK CABINS; ALEXANDRIA CHAMBERLIN BLANTON; TROY LEE RETHAFORD; JEFFREY KING HENINGTON; JANELL HIBBS; TAMERA RENA HOLT; LONNIE B. HORNER; LORRIE HORNER; MICHAEL HORNER; TEDDY ROTHMER HUFFORD; LUCAS JOHN HUFFORD; PEGGY EILEEN HUFFORD; TIMBERLINE LOGGING, INC., an Oregon corporation; KENDALYNN HUMMELL; SARITA INCH-CARRINO; ANDREW M CARRINO; WILLIAM JELINEK; TAMI KING; LINDSEY JENKINS; JAMES JOHNSON; MICHAEL KEVIN JONES; ERIK ANDREW JOURNEY; DENNIS MICHAEL KANE; MICHELLE KEASLING; WILLIAM WHITAKER; OLIVIA KILPATRICK; TERRANCE KIMBLE; DANIEL ORION KRUEGER; ROBERT LAFONT; CHRISTINA DORENE LEDFORD; WILLIAM LOUIS LESSEL; ELIZABETH MAY LIVINGSTON; ALLEN LIVINGSTON; MUSTANGS AND FAST FORDS, an Oregon nonprofit Corporation; CHRISTOPHER MADDEN; ELLEN KEAS; JENNIFER MARSHALL; JODEY MARSHALL; HAROLD LEROY HUNTER; DAEMUN MARSHALL; RAND MASSINGHAM; PAMILA MASSINGHAM; JESSICA KLARR, as successor in interest to  DEJA MATAISZ; DAVID MAYBERRY; ZACHARY VANTA; CRETH MAYR; FRANCIS MERCEDES MAYR; GABRIEL VILLA; REBECCA LYNN MCCLASKEY; ROYAL ALEXANDER MCCLASKEY; WAYNE ALLAN MCCORMICK; AUSTIN MELBYE; DAVID MELBYE; TINA MELBYE; DELMARE MONICAL; CHALENE MUDD; BEATNIKZ LLC, an Oregon limited liability company; HALIA MUELLER; HOPE MUELLER; KARL MUELLER; MICHAEL MYERS; SHANE NAVARRO; NAVARRO PROPERTIES LLC, an Oregon limited liability company; OREGON METAL ROOFING AND GUTTERS, LLC, an Oregon limited liability company; KARIN NEGRETE; ERIC HICKMAN; ASHLEY NORWOOD-MCCALL; ALVARO OCHOA;

ALEXA OCHOA; EDITH OCHOA; AMBER MICHELLE OLIVER; KENDALL SMELTZER; ANDREW OLIVER; THOMAS MICHAEL OLIVER; ALYSSA PANICCIA; MICHAEL PANICCIA; PEGGY J. PANTEL; KIMBERLY CHEYENNE PAUL; DAVID EUGENE PAUL; DREW PETERS; TINA PETERSON-OYERVIDES; ANGELIQUE CASTRO; CHRIS OYERVIDES; DJ PETERSON; PATRICIA RICHARDSON; SHARON OUAKIL; BRITTANY R. PETRENY; WENDY MILLS QUIRK; DANIEL LEE QUIRK; JOYCE MARIE MILLS; JOYCE MARIE MILLS, as Personal Representative of the GARY HOWARD MILLS ESTATE; LEXIE ANNE QUIRK; TAYLOR MARIE QUIRK; WQ BOOKKEEPING LLC, an Oregon limited liability company; KATHI MECHELLE REED; KENDELL CHAD REESE; KAYLA MARIE KUMLE; WINONA RHODES; KYLE RICHARDS; GREG DAVIS; KATHRYN HEINONEN; ANN STATEN; CASEY STATEN; ROBERT RIEDMANN; ANNA LEIGH RIEDMANN; PHOENIX RIESING; MARY RIPPBERGER; MARK A. ROHLFS, individually and d/b/a SANTA & SONS CHRISTMAS TREE; PATRICIA A. ROHLFS; DENISE ROLFE; LARRY WOODWARD; JIM DOUGLAS CLINTON ROMAN; LINDSAY MICHELLE ROYALS; BRANDON MICHAEL SHAW; CODY RUMBLE, individually and d/b/a STRINGS PRODUCTION; JAIME SALAZAR; DIANA SHEFCHECK, individual and as Trustee of the STEVEN AND DIANA SHEFCHECK LIVING TRUST; STEVEN SHEFCHECK, individual and as Trustee of the STEVEN AND DIANA SHEFCHECK LIVING TRUST; MEGAN MARIE SHELLY; CY BENEDICT DELLENBACK-OUELLETTE; JOSIAH SHIRLEY; RONALD GENE SHORT; REBECCA EMLAY SHORT; RSC, INC., an Oregon corporation; ROBERT SHUSTER; TERESA SIMMONS; CHRISTOPHER HERNANDEZ; JAMERSON SIMPSON; LAURA SIRECI; ROBIN ELAINE SLAVEN; KEONI SOPER; ANDREW E. SPENCER; ANNA K. COURGAIN; ZACHARY ST. VINCENT; NATALIA STOCKTON; GARRETT STEVENS; STEPHANIE BOBBITT; DOUGLAS HUERTA; JIMMY JORDAN; JOSH STONE; SHANTEL WERNER; MICHAEL EDWARD SULLIVAN; DACHIA THOMPSON; TRISTAN THOMPSON; OLIVIA THOMPSON; ADAM COTTA; RICHARD THOMPSON; CHRISTOPHER GOHL; DAVID THULSTRUP; LUANNE THULSTRUP; STEVEN TRINE; TIFFANY HARVEY; KAYLA TROUTMAN; SHAUN KELLY BORG; BRIAN THOMAS VARNEY; MELISSA ANN VARNEY; JASON DUPREE WALKER; JEFFREY STERLING WELCH; RUSSELL GLENN WEST; STEWART WESTON; WILLIAM M. WIESE; JOSHUA ANTHONY COACH; RIKKI RAQUEL ESTRADA; JULIE WILCHER; LISA WILLSON; MORGAN ROSE WILLSON; JANE WILSON, individually and as trustee of the BOB AND JANE WILSON FAMILY TRUST, UAD April 17, 2018; ROBERT WILSON, individually and as trustee of the BOB AND JANE WILSON FAMILY TRUST, UAD April 17, 2018; JANET WILSON; MICHELLE WILSON; AUSTIN WILSON; CHANCE WILSON; SHAWN WILSON; TERRY SHANE WILSON; ROBYN L. WINTERS; PENNIE WOLFORD; MATTHEW SCOTT YOUNG; and JENNIFER YOUNG;

**DEFENDANTS CONTINUED:**

an administrative body of the DEPARTMENT OF ENERGY of the UNITED STATES; EUGENE WATER & ELECTRIC BOARD, an Oregon registered electric utility; and LANE ELECTRIC COOPERATIVE, INC., an Oregon registered electric utility,